UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2023
```

STEVEN GANNON,

                Plaintiff,

-v.-

259 BROOME LLC, et al,

                Defendants.

22 Civ. 1684 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    On July 5, 2023, the parties filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Stipulation of Dismissal states that "the Court retains jurisdiction for enforcement of the Settlement Agreement." ECF No and 33.

    Pursuant to the Court's Individual Rules and Practices in Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. *See* R. 6.A. If the parties wish for the Court to retain jurisdiction to enforce any settlement agreement, then they **must—within one week of this Order—**file a stipulation of dismissal that includes the settlement agreement (which shall be set forth in the stipulation or filed as an exhibit thereto).

    **If the parties do not file their agreement on the docket within one week of the date of this Order, the Court will not retain jurisdiction over the parties' settlement agreement.**

    SO ORDERED.

Dated: July 10, 2023
       New York, New York

                                            *Jennifer H. Rearden*
                                            JENNIFER H. REARDEN
                                            United States District Judge